PARIGLIO, Appellant, v. CAMPBELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Maria T. Pariglio against Albert E. Campbell. No opinion. Judgment and order affirmed, with costs.

PEARSON et al., Respondents, v. HEILNER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by John J. Pearson and others against Emanuel Heilner and another. S. Kohn, for appellants. H. L. Brant, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

PECK, Appellant, v. FRENCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Fannie F. Peck against Annie E. French.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held, that the question whether the defendant was a subtenant or assignee of the lease was a question of fact for the jury.
KRUSE and ROBSON, JJ., dissent.

In re PENDER. (Supreme Court, Appellate Division, First Department. May 17, 1907.) In the matter of Lizzie Pender. No opinion. Motion granted, with $10 costs. Order filed.

PENN AMERICAN PLATE GLASS CO., Respondent, v. RUGG, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by the Penn American Plate Glass Company against Clarence H. Rugg.
PER CURIAM. Judgment affirmed, with costs.
ROBSON, J., dissents.

PENNSYLVANIA STEEL CO. v. TITLE GUARANTEE & TRUST CO. et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Pennsylvania Steel Company against the Title Guarantee & Trust Co., and others. H. S. Marshall, for Pennsylvania Steel Co. E. E. Sprague, for Title Guarantee & Trust Co. B. N. Cardozo, for Star Holding Co. and others.
PER CURIAM. Judgment affirmed, with costs to plaintiff respondent, on the opinion of Leventritt, J., in the court below. 100 N. Y. Supp. 299. Settle order on notice.

PEOPLE v. BENNETT. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York against Joseph Bennett. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. CLOOS, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York against George Cloos. A. P. Wagener, for appellant. J. D. Edelson, for the People. No opinion. Judgment affirmed with costs. Order filed.

PEOPLE, Respondent, v. DIXON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Proceedings by the people of the state of New York against William Dixon. No opinion. Motion to amend order denied. See 103 N. Y. Supp. 186.

PEOPLE, Respondent, v. DONNELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Proceedings by the people of the state of New York against John J. Donnelly. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. FABER. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York against Julia Faber. No opinion. Motion granted. Order filed.

PEOPLE v. FREY. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York against Max Frey. No opinion. Motion granted. Order filed.

PEOPLE v. GOLDBERG. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York against Jacob Goldberg. No opinion. Motion granted. Order filed.

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York against Cornelius A. Jackson. No opinion. Motion granted, unless appellant have his appeal ready for October term. Order filed.

PEOPLE v. LYON et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York against Amasa Lyon and another. No opinion. Motion granted, and question certified. Order filed.

PEOPLE, Respondent, v. RANELLI, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Proceedings by the people of the state of New York against James Ranelli. No opinion. Motion denied.

PEOPLE v. STEVENSON, Commissioner. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Proceedings by the people of the state of New York against James W. Stevenson, as commissioner. G. W. Glaze, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE, Respondent, v. FERRAGNI, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York against Pietro Ferragni. F. A. K. Boland, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by